# Court of Appeals
# of the State of Georgia

ATLANTA,  January 30, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0208. ASHLYN MARTIN et al. v. RSE CAPITAL PARTNERS, LLC et al.**

Ashlyn Martin and Eddie Martin, individually and as next friend of Nicholas Martin (the "plaintiffs"), filed a lawsuit against NP 113, LLC ("NP 113"), RSE Capital Partners, LLC ("RSE"), and others. NP 113 filed a motion for summary judgment. The plaintiffs filed motions to compel discovery responses from several defendants, and RSE filed a motion for protective order. The trial court entered an order granting summary judgment to NP 113, denying the plaintiffs' motions to compel, and granting RSE's motion for protective order. The plaintiffs then filed this timely application for discretionary review.

The grant of partial summary judgment as to one or more but fewer than all the claims or parties is reviewable by direct appeal. OCGA § 9-11-56 (h); *Olympic Dev. Group v. American Druggists' Ins. Co.*, 175 Ga. App. 425, 425 (1) (333 SE2d 622) (1985). This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. The plaintiffs shall have ten days from the date of this order to file a notice of appeal with the trial court. If they have already filed a notice of appeal in the trial court, they need not file a second notice. The clerk of

the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals. See OCGA § 5-6-35 (g).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __01/30/2023__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*